IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE L. BERRIOS-AQUINO,<br><br>Defendant. | **INDICTMENT**<br><br>Criminal No. 22- 473 (DRD)<br><br>Violations:<br>18 U.S.C. § 922(o)<br><br>**ONE COUNT** |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
Possession of a Machinegun
18 U.S.C. § 922(o)

On or about August 26, 2022, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

JOSE L. BERRIOS-AQUINO

did knowingly possess a machinegun, that is, one Sharp Brothers pistol, model Jack-9, bearing serial number J9-03124, that had been modified so that it was capable of firing more than one shot, without manual reloading, by a single function of the trigger. All in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

<u>**FIREARMS FORFEITURE ALLEGATION**</u>

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(o) as set forth in Count One of this Indictment, the defendant,

JOSE L. BERRIOS-AQUINO

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to: one Sharp Brothers pistol, model Jack-9, bearing serial number J9-03124.

All in accordance with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

TRUE BILL

FOREPERSON
Date: 3 NOV 2022

W. STEPHEN MULDROW
United States Attorney

_____
Jonathan Gottfried
Assistant United States Attorney
Chief, Violent Crimes Division

_____
Linet Suárez
Assistant United States Attorney
Violent Crimes Division